UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

WILLIAM HART, JR.,

              Plaintiff,

  - against -

NEW YORK UNIVERSITY HOSPITALS CENTER,

             Defendant.

----------------------------------------X

09 Civ. 5159 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-09

**Sweet, D.J.,**

      Defendant's partial motion to dismiss the complaint will be heard on submission, without oral argument, on November 18, 2009. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
October /3 , 2009

**ROBERT W. SWEET**
U.S.D.J.